# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL COOPER JR** | **CIVIL ACTION NO. 24-cv-264** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 10] previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED** that this civil action is remanded to the First Judicial District Court, Caddo Parish, Louisiana for lack of subject matter jurisdiction.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 22nd day of March 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**